IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

Z CONTRACTING, INC.                                                                 PLAINTIFF

vs                                    3:09CV00030-WRW

ASSOCIATED ENGINEERING
AND TESTING, LLC, et al                                                            DEFENDANTS

ORDER

Pursuant to the Answer to Third-Party Complaint and Counter-claim (doc #28), the name of separate defendant, NEI Electric Power Engineering, Inc., has changed to:

>    PHRASED RIGHT, INCORPORATED, d/b/a
>    NEI Electric Power Engineering, Inc.

The Clerk is directed to make this change on the Court's docket.

IS SO ORDERED this 28th day of January, 2010.

>    AT THE DIRECTION OF THE COURT
>    JAMES McCORMACK, CLERK


>    /s/ Mary A. Johnson, Deputy Clerk

ord.nmchng.wpd