# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

Z CONTRACTING, INC.                                                                                   PLAINTIFF

v.                                          NO. 3:09CV00030 JLH

ASSOCIATED ENGINEERING AND
TESTING, LLC; and CAMERON
CONSTRUCTION COMPANY, INC.                                                     DEFENDANTS

ASSOCIATED ENGINEERING AND
TESTING, LLC                                                                          THIRD PARTY PLAINTIFF

v.

NEI ELECTRIC POWER ENGINEERING, INC.                     THIRD PARTY DEFENDANT

## ORDER

Amy Lee Stewart and Amanda K. Wofford, local counsel for plaintiff Z Contracting, LLC, have filed a motion to permit the *pro hac vice* appearance of Matthew B. Millis and Emily E. Duke. The motion is GRANTED. Document #36. Matthew B. Millis and Emily E. Duke are hereby admitted to appear before this Court as co-counsel for Z Contracting, LLC, in this action.

IT IS SO ORDERED this 21st day of June, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE