IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| Z CONTRACTING, INC. | PLAINTIFF |
| Vs.  CASE NO. 3:09cv00030 JLH | |
| ASSOCIATED ENGINEERING AND TESTING, LLC, et al | DEFENDANTS |
| ASSOCIATED ENGINEERING AND TESTING, LLC, et al | THIRD-PARTY PLAINTIFF |
| Vs. | |
| PHASED RIGHT INCORPORATED d/b/a NEI ELECTRIC POWER ENGINEERING, INC. | THIRD-PARTY DEFENDANT |

## ORDER

This case is set for a settlement conference **Thursday, November 4, 2010, at 9:30 a.m.**, in Room 1B, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas, before Magistrate Judge Jerry W. Cavaneau.

**Under General Order No. 54, Scott Zahn, David Lillehaug, Michael Emerson, Mike Cameron, Roger Gordon, Clay Stone, Kenneth Scrape, John Raynor, Jason Campbell, John Nelson, and Trey Scallion are authorized to bring electronic devices to the courthouse for this proceeding. Each authorized party is required to be familiar with the restrictions contained in General Order No. 54, which can be accessed on the Court's website. Each will be required to present a copy of this order upon entry into the building to verify this authorization.**

IT IS SO ORDERED this 3rd day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE