# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

Z CONTRACTING, INC.                                                                                                    PLAINTIFF

v.                                              NO. 3:09CV00030 JLH

ASSOCIATED ENGINEERING AND
TESTING, LLC; and CAMERON
CONSTRUCTION COMPANY, INC.                                                      DEFENDANTS

ASSOCIATED ENGINEERING AND
TESTING, LLC                                                                    THIRD PARTY PLAINTIFF

v.

NEI ELECTRIC POWER ENGINEERING, INC.            THIRD PARTY DEFENDANT

## ORDER

Associated Engineering and Testing, LLC, has filed an unopposed motion to compel. The motion is GRANTED. Document #51. Z Contracting, Inc., d/b/a National Conductor Constructors, is hereby ordered to produce a copy of its contract with LS Power relating to the San Souci Switchyard in Osceola, Arkansas.

IT IS SO ORDERED this 10th day of November, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE