**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| Z CONTRACTING, INC. | PLAINTIFF |
| v. | NO. 3:09CV00030 JLH |
| ASSOCIATED ENGINEERING AND TESTING, LLC; and CAMERON CONSTRUCTION COMPANY, INC. | DEFENDANTS |
| ASSOCIATED ENGINEERING AND TESTING, LLC | THIRD PARTY PLAINTIFF |
| v. | |
| NEI ELECTRIC POWER ENGINEERING, INC. | THIRD PARTY DEFENDANT |

**ORDER**

Associated Engineering and Testing, LLC, has filed an unopposed motion to extend the motion deadline. The motion is GRANTED. Document #60. The deadline for filing all motions, except motions in limine, is hereby extended up to and including December 23, 2010.

IT IS SO ORDERED this 6th day of December, 2010.

*J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE