# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | | |
|---|---|---|
| Z CONTRACTING, INC. | | PLAINTIFF |
| v. | NO. 3:09CV00030 JLH | |
| ASSOCIATED ENGINEERING AND TESTING, LLC; and CAMERON CONSTRUCTION COMPANY, INC. | | DEFENDANTS |

### ORDER

Pursuant to the Amended Final Scheduling Order entered on June 22, 2010, jury trial in this matter is currently set for the week of February 7, 2011, in Jonesboro, Arkansas. The Court has reviewed the status reports submitted by the parties on December 9, 2010, and determined that the week currently set aside for trial will be insufficient based on the estimates of five to eleven days needed for trial. Therefore, this case is removed from its current setting on the docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 14th day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE