## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

Z CONTRACTING, INC.                                                                                   PLAINTIFF

v.                                              NO. 3:09CV00030 JLH

ASSOCIATED ENGINEERING AND
TESTING, LLC; and CAMERON
CONSTRUCTION COMPANY, INC.                                                       DEFENDANTS

ASSOCIATED ENGINEERING AND
TESTING, LLC                                                                          THIRD PARTY PLAINTIFF

v.

NEI ELECTRIC POWER ENGINEERING, INC.            THIRD PARTY DEFENDANT

## ORDER

Associated Engineering and Testing, LLC, has filed an unopposed motion to extend the deadline for filing motions other than motions in limine. The motion is GRANTED. Document #79. The deadline for all parties to file motions other than motions in limine is extended up to and including February 24, 2011.

IT IS SO ORDERED this 14th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE