# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

Z CONTRACTING, INC.                                                              PLAINTIFF

v.                                           No. 3:09CV00030 JLH

ASSOCIATED ENGINEERING AND
TESTING, LLC; and CAMERON
CONSTRUCTION COMPANY, INC.                                        DEFENDANTS

ASSOCIATED ENGINEERING AND
TESTING, LLC                                                     THIRD PARTY PLAINTIFF

v.

NEI ELECTRIC POWER ENGINEERING, INC.            THIRD PARTY DEFENDANT

## AMENDED ORDER

Associated Engineering and Testing, LLC, has filed an unopposed motion to extend the deadline for filing motions other than motions in limine. The motion is DENIED AS MOOT. Document #79. Pursuant to the Amended Final Scheduling Order entered on December 22, 2010, the deadline for filing motions other than motions in limine was established as March 3, 2011.

IT IS SO ORDERED this 14th day of February, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE